# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Gayle, Takiyah R. | Docket No. | 0980 2:14CR00021-RMP-12 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW, Stephanie N. Cherney, pretrial services officer, presenting an official report upon the conduct of defendant Takiyah R. Gayle, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 18th day of November 2014, under the following conditions:

**Condition #9:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not use or possess marijuana, regardless of whether defendant has been prescribed a medical marijuana card.

**Condition #20:** Defendant shall submit to any method of testing required by the U.S. Pretrial Services Office for determining whether the defendant is using a prohibited substance.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant tested presumptive positive for amphetamines on March 29, 2015.

**Violation #2:** The defendant tested presumptive positive for amphetamines on April 4, 2015.

**Violation #3:** The defendant failed to report for random urinalysis testing on April 21, 2015, at Detection & Treatment Resources, Inc., in the Central District of California.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: April 23, 2015 |
| by | s/Stephanie N. Cherney |
|  | Stephanie N. Cherney<br>U.S. Pretrial Services Officer |

Re: Gayle, Takiyah R.
April 23, 2015
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

April 24, 2015
Date